UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BREANNA LEDOUX

VERSUS

CAROLYN W. COLVIN
ACTING COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION NO.

14-477-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 31, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion for Summary Judgment*[3] shall be granted and the Commissioner's decision shall be vacated and remanded for further proceedings consistent with this opinion.

Baton Rouge, Louisiana the 24 day of September, 2015.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 19.
[3] Rec. Doc. 12.